```
               UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF OHIO
                     WESTERN DIVISION
```

|  |  |
|---|---|
| PRINCE ALBERT RANKIN, III, | NO. 1:94-CR-00051 |
|  | 1:97-CV-01073 |
| Petitioner, |  |
| v. | **OPINION AND ORDER** |
| UNITED STATES OF AMERICA, |  |
| Respondent. |  |

This matter is before the Court on Petitioner's Second Motion for Reconsideration Pursuant to Rule 59(e), of Judgment Entered on April 18, 2006 (doc. 188), and the Government's Second Response to Petitioner's Motion to Reconsider Denial of Rule 60(b) Petition (doc. 190).

Petitioner requests the Court to reconsider its April 18, 2006 Order finding no basis for reconsideration of the conclusion that Petitioner is not entitled to equitable tolling for a late filing of a habeas corpus petition. The government responds that this Court's previous Order fully addressed the issues in Petitioner's present motion, and found no exceptional circumstances meriting the requested relief (doc. 190).

Having reviewed this matter, the Court finds the government's position well-taken. Accordingly, the Court DENIES Petitioner's Second Motion for Reconsideration Pursuant to Rule 59(e), of Judgment Entered on April 18, 2006 (doc. 188).

This matter is CLOSED.

       SO ORDERED.

Dated: June 8, 2006         <u>s/S. Arthur Spiegel</u>
                                      S. Arthur Spiegel
                                      United States Senior District Judge